Vanessa R. Waldref
United States Attorney
Brian M. Donovan
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br>RADIO PALOUSE, INC.,<br>　　　　　　　　　Defendant. | No. 2:24-CV-00111<br><br>COMPLAINT |

Plaintiff, United States of America, on behalf of the Federal Communications Commission ("FCC"), by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Brian M. Donovan, Assistant United States Attorney, complains and alleges as follows:

1. This action is brought by the United States of America, with jurisdiction provided by 28 U.S.C. § 1345.

2. Venue is proper in this Court under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to this claim occurred in the Eastern District of Washington.

3. Defendant, Radio Palouse, Inc., is a Corporation in the State of Washington, within this Court's jurisdiction.

4. A claim arose in connection with the Defendant's September 2020 failure to pay regulatory fees for fiscal year 2020, owed to the Federal Communications Commission ("FCC"), pursuant to 47 U.S.C. §§ 159, 159A.

　　　a.　　That as of January 22, 2024, Defendant is indebted to Plaintiff in

COMPLAINT - 1

the principal amount of $**1,500.00**, plus interest at the rate of two percent (2%) per annum in the amount of **$99.92**; penalties at the rate of six percent (6%) per annum in the amount of **$674.88**; and administrative fees of **$820.81**; for a total of **$3,095.61**, pursuant to 31 U.S.C. §§ 3717(e) and 3711(g)(6), and 28 U.S.C. §527. *See* Exhibit A attached hereto and incorporated herein.

5. A claim arose in connection with the Defendant's September 2020, failure to pay regulatory fees for fiscal year 2020, owed to the FCC, pursuant to 47 U.S.C. §§ 159, 159A.

    a. That as of January 22, 2024, Defendant is indebted to Plaintiff in the principal amount of $**2,750.00**, plus interest at the rate of two percent (2%) per annum in the amount of **$183.19**; penalties at the rate of six percent (6%) per annum in the amount of **$414.86**; and administrative fees of **$1,208.06**; for a total of **$4,556.11**, pursuant to 31 U.S.C. §§ 3717(e) and 3711(g)(6), and 28 U.S.C. §527. *See* Exhibit A attached hereto and incorporated herein.

6. A claim arose in connection with the Defendant's September 2020 failure to pay regulatory fees for fiscal year 2020, owed to the FCC, pursuant to 47 U.S.C. §§ 159, 159A.

    a. That as of January 22, 2024, Defendant is indebted to Plaintiff in the principal amount of $**315.00**, plus interest at the rate of two percent (2%) per annum in the amount of **$20.98**; penalties at the rate of six percent (6%) per annum in the amount of **$141.73**; and administrative fees of **$172.37**; for a total of **$650.08**, pursuant to 31 U.S.C. §§ 3717(e) and 3711(g)(6), and 28 U.S.C. §527. *See* Exhibit A attached hereto and incorporated herein.

COMPLAINT - 2

      7.     A claim arose in connection with the Defendant's September 2020 failure to pay regulatory fees for fiscal year 2020, owed to the FCC, pursuant to 47 U.S.C. §§ 159, 159A.

      a.     That as of January 22, 2024, Defendant is indebted to Plaintiff in the principal amount of $**315.00**, plus interest at the rate of two percent (2%) per annum in the amount of **$20.98**; penalties at the rate of six percent (6%) per annum in the amount of **$141.73**; and administrative fees of **$172.37**; for a total of **$650.08**, pursuant to 31 U.S.C. §§ 3717(e) and 3711(g)(6), and 28 U.S.C. §527. *See* Exhibit A attached hereto and incorporated herein.

      8.     A claim arose in connection with the Defendant's September 2021 failure to pay regulatory fees for fiscal year 2021, owed to the FCC, pursuant to 47 U.S.C. §§ 159, 159A.

      a.     That as of January 22, 2024, Defendant is indebted to Plaintiff in the principal amount of $**2,745.00**, plus interest at the rate of one percent (1%) per annum in the amount of **$63.87**; penalties at the rate of six percent (6%) per annum in the amount of **$641.43**; and administrative fees in the amount of **$1,173.81**; for a total of **$4,624.11**, pursuant to 31 U.S.C. §§ 3717(e) and 3711(g)(6), (7), 31 U.S.C. §§ 3717(e) and 3711(g)(6), and 28 U.S.C. §527. *See* Exhibit A attached hereto and incorporated herein.

      9.     A claim arose in connection with the Defendant's September 2021 failure to pay regulatory fees for fiscal year 2021, owed to the FCC, pursuant to 47 U.S.C. §§ 159, 159A.

      a.     That as of January 22, 2024, Defendant is indebted to Plaintiff in the principal amount of $**1,510.00**, plus interest at the rate of one percent (1%) per annum in the amount of **$35.14**; penalties at the rate of six percent (6%) per annum in the amount of **$588.42**; and administrative

COMPLAINT - 3

fees of **$725.85**; for a total of **$2,859.41**, pursuant to 31 U.S.C. §§ 3717(e) and 3711(g)(6), and 28 U.S.C. §527. *See* Exhibit A attached hereto and incorporated herein.

10. A claim arose in connection with the Defendant's September 2021 failure to pay regulatory fees for fiscal year 2021, owed to the FCC, pursuant to 47 U.S.C. §§ 159, 159A.

    a. That as of January 22, 2024, Defendant is indebted to Plaintiff in the principal amount of $**320.00**, plus interest at the rate of one percent (1%) per annum in the amount of **$7.44**; penalties at the rate of six percent (6%) per annum in the amount of **$124.70**; and administrative fees of **$153.82**; for a total of **$605.96**, pursuant to 31 U.S.C. §§ 3717(e) and 3711(g)(6), and 28 U.S.C. §527. *See* Exhibit A attached hereto and incorporated herein.

11. A claim arose in connection with the Defendant's September 2021 failure to pay regulatory fees for fiscal year 2021, owed to the FCC, pursuant to 47 U.S.C. §§ 159, 159A.

    a. That as of January 22, 2024, Defendant is indebted to Plaintiff in the principal amount of $**320.00**, plus interest at the rate of one percent (1%) per annum in the amount of **$7.44**; penalties at the rate of six percent (6%) per annum in the amount of **$124.70**; and administrative fees of **$153.82**; for a total of **$605.96**, pursuant to 31 U.S.C. §§ 3717(e) and 3711(g)(6), and 28 U.S.C. §527. *See* Exhibit A attached hereto and incorporated herein.

12. Demand has been made upon Defendant by Plaintiff for the sum due, but the amount due remains unpaid.

WHEREFORE, Plaintiff prays for judgment against Defendant for **$17,647.32**, which reflects the amount due and owing as of January 22, 2024, and is inclusive of interest at one percent (1%) per annum and penalties at six percent (6%),

COMPLAINT - 4

administrative fees, and the award of Treasury and Department of Justice fees pursuant to 31 U.S.C. §§ 3717(e) and 3711(g)(6), (7), 31 C.F.R. 285.12(j), 31 C.F.R. 901.1(f), and 31 C.F.R. 901.1(f), plus interest that will continue to accrue until date of judgment.

Plaintiff further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment be at the legal rate until paid in full.

Dated April 4, 2024.

Vanessa R. Waldref
United States Attorney

s/ *Brian M. Donovan*
Brian M. Donovan
Assistant United States Attorney

COMPLAINT - 5