FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>RADIO PALOUSE, INC.,<br><br>                      Defendant. | NO: 2:24-CV-0111-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |
|---|---|

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal. ECF No. 5. Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** with prejudice and without costs.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  The District Court Executive is directed to enter this Order and Judgment of
2  Dismissal, furnish copies to counsel, and **CLOSE** the file.
3  **DATED** December 16, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2